UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 23-cv-20013
                                        Hon. Matthew F. Leitman

v.

MATTHEW D. ADAMS,

      Defendant.

_____/

## ORDER DENYING MOTION TO AMEND JUDGMENT

Now before the Court is Defendant's Motion to Amend Judgment. Defendant asks the Court to amend the judgment to add a recommendation that Defendant be permitted to participate in the RDAP program offered by the Bureau of Prisons. The motion is **DENIED**. The Court is not persuaded that it should make the requested recommendation. While the presentence investigation report described past drug and alcohol abuse by Defendant, the PSR further indicated that the Texas Christian University Drug Screen V was administered to Defendant, and that screen indicated that Defendant had "no signs of a substance abuse disorder."

**IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
                    UNITED STATES DISTRICT JUDGE

Dated: March 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126