UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW D. ADAMS,

    Defendant.

_____/

Case No. 23-cr-20013
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE

Now before the Court is a motion by Defendant to extend his date to self-surrender to FCI Elkton. His currently-assigned self-surrender date is June 4, 2024. The Court hereby extends that date as follows. Defendant shall report to FCI Elkton on or before **2:00 p.m. on June 17, 2024**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 7, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126